# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| LANCE R. GORDON and RONI A. GORDON,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW WEST HEALTH SERVICES, and its related affiliates, subsidiaries, and successors,<br><br>Defendants. | CV 15-24-GF-BMM<br><br>**ORDER** |

The Court deems the following three motions moot: Motion to Strike Brief/Response to Order (Doc. 66); Motion for Leave to File *Plaintiffs' Request to Respond to NWHS's Supplemental Authority* (Doc. 101); and Motion to Strike Notice (Other) *Plaintiffs' Response to New West's Notice of Supplemental Authority* (Doc. 102.)

The parties shall file objections within ten (10) days of the filing of this Order if they wish to file objections.

Accordingly, **IT IS ORDERED**:

1. Motion to Strike Brief/Response to Order (Doc. 66); Motion for Leave to File Plaintiffs' Request to Respond to NWHS's Supplemental Authority (Doc. 101); and Motion to Strike Notice (Other) Plaintiffs' Response to

New West's Notice of Supplemental Authority (Doc. 102), are rendered moot, unless the parties file an objection within ten (10) days of the filing of this Order.

2. If any objections are filed, the underlying motion will remain pending until the Court issues an Order resolving the objection.

DATED this 30th day of January, 2017.

_____
Brian Morris
United States District Court Judge