## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| LANCE R. GORDON and RONI A. GORDON,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW WEST HEALTH SERVICES, and its related affiliates, subsidiaries, and successors,<br><br>Defendants. | CV 15-24-GF-BMM<br><br><br>**ORDER** |

Defendant New West Health Services ("New West") filed a Motion for Partial Summary Judgment on June 15, 2017. (Doc. 115.) New West seeks dismissal of the Plaintiffs' claims for declaratory relief. (Doc. 117 at 5.) Plaintiffs also recommend that the Court dismiss their claims for declaratory relief in the interests of judicial economy. (Doc. 118 at 3, 11.)

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion for Partial Summary Judgment (Doc. 115), is GRANTED.

1

2. All claims for declaratory relief in Plaintiffs' Third Amended Complaint are DISMISSED.

DATED this 27th day of July, 2017.

_____
Brian Morris
United States District Court Judge