IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LANCE R. GORDON and RONI A. GORDON,<br><br>Plaintiff,<br><br>v.<br><br>NEW WEST HEALTH SERVICES,<br><br>Defendant. | CV-15-24-GF-BMM<br><br>**ORDER** |

The Court has been informed that this case settled (Doc. 140). Accordingly, **IT IS HEREBY ORDERED** that all deadlines in the case are **VACATED**. The parties shall file a stipulation for dismissal and submit to the undersigned a proposed order of dismissal on or before **February 8, 2018**, or show good cause for their failure to do so.

DATED this 8th day of January, 2018.

Brian Morris
United States District Court Judge

-1-